IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAZIEL WEIDMAN, | ) | C 05-2619 MMC (PR) |
| Plaintiffs, | ) ) | **ORDER OF DISMISSAL;** |
| vs. | ) ) ) | **DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| MICHAEL L. FRIEDMAN, et al., | ) ) | |
| Defendant(s). | ) ) | (Docket No. 2) |

Plaintiff Laziel Weidman, currently incarcerated at the Correctional Treatment Facility ("CTF"), and proceeding pro se, filed the above-titled action pursuant to 42 U.S.C. § 1983, seeking appointment as representative of a certified class of similarly situated inmates. He challenges the parole revocation proceedings of the Board of Prison Terms.

Pro se prisoner plaintiffs may not bring class actions. They are not qualified to act as class representatives as they are unable to fairly represent and adequately protect the interests of the class. See Fed. R. Civ. P. 23(a); Oxendine v. Williams, 509 F.2d 1405, 1407 (4th Cir. 1975); see also Russell v. United States, 308 F.2d 78, 79 (9th Cir. 1962) (holding that "a litigant appearing in propria persona has no authority to represent anyone other than himself"). Accordingly, the above-titled action is hereby DISMISSED, without prejudice to plaintiff's filing a new action solely on his own behalf.

In light of the dismissal, the application to proceed in forma pauperis is DENIED and no fee is due.

This order terminates Docket No. 2.

The clerk shall close the file.

SO ORDERED.

DATED: October 14, 2005

_____
MAXINE M. CHESNEY
United States District Judge